UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CURTIS LEWIS,

      Petitioner,                                 Civil Action No.
                                              12-CV-13819

vs.

                                              Honorable Patrick J. Duggan

CINDI CURTIN,

      Respondent.
_____/

## ORDER FOR SUPPLEMENTAL BRIEFING

This is a habeas case.  The Court has appointed counsel for Petitioner.  The parties shall

file supplemental briefs addressing the following question:

> Do the totality of the circumstances surrounding Petitioner's confession, including
> Detective Smith's statement that he "can make this go away," indicate that Petitioner's
> confession was unconstitutionally coerced such that habeas relief is warranted?

Petitioner's brief is due by August 4, 2014.  Respondent's brief is due by September 1, 2014.

Any reply brief is due by September 15, 2014.

      **SO ORDERED**.

Dated: June 17, 2014                 s/PATRICK J. DUGGAN
                                    UNITED STATES DISTRICT JUDGE

Copies to:

Federal Defender Office, Eastern District of Michigan
Jerrold E. Schrotenboer, Esq.
Laura Moody, Esq.
Curtis Lewis